**168**

Sandra Jean Dale BOGGS,
Plaintiff–Appellant,

v.

Thomas F. BOGGS, Harry M. Boggs and
David B. Boggs, Defendants–
Appellees.

No. 94–30178.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 1997.

Marian M. Livaudais, Livaudais & Livaudais, Mandeville, LA, James F. Willeford, New Orleans, LA, for Plaintiff–Appellant.

Susan Rees, Plan Benefits Security Division, N–4611, Office of Solicitor, U.S. Dept. of Labor, Washington, DC, for Dept. of Labor, Amicus Curiae.

Thomas F. Boggs, Monroe, LA, Pro Se.

Guy L. Deano, Jr., Deano & Deano, Mandeville, LA, for Harry Boggs & David Boggs.

Before WISDOM, KING and DUHÉ,
Circuit Judges.

PER CURIAM:

The district court's order granting summary judgment in the above-styled action is VACATED. The case is REMANDED to the district court for proceedings not inconsistent with the Supreme Court's pronouncement in *Boggs v. Boggs*, —— U.S. ——, 117 S.Ct. 1754, 138 L.Ed.2d 45 (1997).